IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC HOUSTON,

    Plaintiff,

v.                        CASE NO. 4:15cv11-RH/CAS

SCOTT NAAS et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Pennsylvania, Lewisburg Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on February 20, 2015.

                        s/Robert L. Hinkle
                        United States District Judge